IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| STANDY BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 106-086 |
| | ) |
| JEFFERSON COUNTY JAIL, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** without prejudice.

SO ORDERED this ___ day of September, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE